# Twelfth Court of Appeals

Monday May 4, 2015
DAVID FORD #1888141
Roach Unit
15845 FM 164
Childress, TX 79201

REC'D IN COURT OF APPEALS
12th Court of Appeals District
MAY 11 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Clerk
Cathy S. Lusk.

DAVID Eugene Ford
v.
The state of Texas

Case#: 12-13-00308CR          Trial Court Case #: 114-1281-12

Dear Court, Please send me copies of All my motions to the Twelfth Court of Appeals Pro se, requesting for Extension of Time To File my pro se brief. ALSO Please send me copies of all letters I have written to the Twelfth Court of Appeals. I request these Documents for my personal Record. To replace which was lost/stolen.

Thank you.

Sincerely DAVID FORD
David Ford
5/4/15